IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00821-RPM

GLENN H. KEMP,

    Applicant,

v.

JAMES FALK, Warden, Sterling Correctional Facility;
ATTORNEY GENERAL JOHN SUTHERS, COLORADO,

    Respondents.

_____

### ORDER TO ANSWER CERTAIN CLAIMS
_____

After preliminary review of the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed by Glenn H. Kemp and finding that claims Two, Seven and Eight are without merit, it is

ORDERED, that on or before May 15, 2014, the respondents will file their Answer addressing the allegations in Claims One, Three, Four, Five, Six and Nine.

DATED: March 27th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge