IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00821-RPM

GLENN H. KEMP,

    Applicant,

v.

JAMES FALK, Warden, Sterling Correctional Facility;
ATTORNEY GENERAL JOHN SUTHERS, COLORADO,

    Respondents.

_____

ORDER TO FILE REPLY
_____

    In the Answer filed by Respondents on June 17, 2014, [Doc. 9] the assertion is made that this Application for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is untimely under 28 U.S.C. § 2244(d)(1)(A) based on the computation given.  The respondents also contend that claim nine is unexhausted and that claim nine and a portion of claim five are procedurally defaulted.  Claims one, three and six are also said to be procedurally defaulted.  It is now

    ORDERED, that pursuant to Rule 5(e) of the Rules Governing Section 2254 Cases, the Applicant shall file a reply on or before August 25, 2014, addressing these contentions and any other matters in the Answer that the Applicant wishes to argue.

    DATED: July 28th, 2014

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior Judge