IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00821-RPM

GLENN H. KEMP,

    Applicant,

v.

JAMES FALK, Warden, Sterling Correctional Facility,
JOHN SUTHERS, Attorney General for the State of Colorado,

    Respondents.

_____

# FINAL JUDGMENT

    Pursuant to the Order Denying Habeas Application, signed by Senior District Judge Richard P. Matsch on November 17, 2014, it is

    ORDERED that Applicant Glenn Kemp's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [Doc. 1] is denied and this civil action is dismissed.

    DATED: November 17th, 2014.

                  FOR THE COURT:

                  Jeffrey P. Colwell, Clerk

                      s/J. Chris Smith

                  By _____

                      Deputy Clerk